

**THE SUPREME COURT OF TEXAS**
Post Office Box 12248
Austin, Texas 78711

(512) 463-1312

Friday, June 21, 2024

Mr. Paul Robert Hornung
Domingo A Garcia PC
1111 W Mockingbird Ln Ste 1200
Dallas, TX 75247-5012
* DELIVERED VIA E-MAIL *

Mr. Nicholas D. Stepp
Husch Blackwell LLP
600 Travis Street, Suite 2350
Houston, TX 77002
* DELIVERED VIA E-MAIL *

RE:     Case Number:  23-0032
        Court of Appeals Number:  05-19-00439-CV
        Trial Court Number:  DC-19-02097

Style:  WEEKLEY HOMES, LLC
        v.
        JOHN PANIAGUA; AND HERMELINDA MARAVILLA CORONA, JOSE
        CAMERINO MARAVILLA, SR., AND MARGARITA MARAVILLA,
        INDIVIDUALLY AND AS PERSONAL REPRESENTATIVES OF THE ESTATE OF
        JOSE CAMERINO MARAVILLA, DECEASED, ET AL.

Dear Counsel:

Today the Supreme Court of Texas issued a per curiam opinion and judgment in the above-referenced cause. You may obtain a copy of the opinion and judgment through Case Search on our Court's webpage at: http://www.txcourts.gov/supreme.aspx. On the Case Search page simply enter the case number and push the Search button to find the docket page for your case.

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

cc:     Mr. Michael Alan Logan (DELIVERED VIA E-MAIL)
        District Clerk Dallas County (DELIVERED VIA E-MAIL)
        Mr. Jeffery Taylor Nobles (DELIVERED VIA E-MAIL)
        Mr. Ruben Morin (DELIVERED VIA E-MAIL)